# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA (Sacramento Division)

| | |
|---|---|
| **Roger Ennes, et al.** <br> Plaintiff (s), <br> VS. <br> **US Bank NA, et al.** <br> Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> **CASE NUMBER:** 2:13-cv-00086-WBS-DAD |

Notice is hereby given that, subject to approval by the court, **Roger Ennes and Karen Ennes** substitutes
(Party(s) Name)

**Joseph S. Fogel**, State Bar No. **156746** as counsel of record in
(Name of New Attorney)

place of **Plaintiffs Roger Ennes (pro per) and Karen Ennes (pro per)**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: FOGEL & ASSOCIATES

Address: 16133 Ventura Blvd., Penthouse Suite, Encino, CA 91436

Telephone: (616) 966-7100   Facsimile (616) 966-7106

E-Mail (Optional): joefogel@lawfogel.com

I consent to the above substitution.
Date: 1/22/2013

(Signature of Party (s))

I consent to the above substitution.
Date: 1/22/2013

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/22/2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE