# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA (Sacramento Division)

**Roger Ennes, et al.**

                Plaintiff (s),

VS.

**US Bank NA, et al.**

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:13-cv-00086-WBS-DAD

Notice is hereby given that, subject to approval by the court, **Roger Ennes and Karen Ennes** substitutes
(Party(s) Name)

**Joseph S. Fogel**, State Bar No. **156746** as counsel of record in
(Name of New Attorney)

place of **Plaintiffs Roger Ennes (pro per) and Karen Ennes (pro per)**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: FOGEL & ASSOCIATES

    Address: 16133 Ventura Blvd., Penthouse Suite, Encino, CA 91436

    Telephone: (616) 966-7100    Facsimile (616) 966-7106

    E-Mail (Optional): joefogel@lawfogel.com

I consent to the above substitution.
Date: 1/22/2013

I consent to the above substitution.
Date: 1/22/2013

I consent to the above substitution.
Date: 1/22/2013

(Signature of Party (s))

(Signature of Former Attorney (s))

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE