IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER D. ENNES, et al.,

      Plaintiffs,                      Case No. 2:13-cv-0086 WBS DAD PS

      vs.

US BANK NA, et al.,                     <u>ORDER</u>

      Defendants.

_____/

      By Notice of Removal filed January 7, 2013, this unlawful detainer action was removed from the San Joaquin County Superior Court by plaintiffs Roger Ennes and Karen Ennes who were proceeding pro se. Accordingly, the matter was referred to the undersigned for all purposes encompassed by Local Rule 302(c)(21).

      On February 5, 2013, the undersigned issued findings and recommendations, recommending that this action be summarily remanded to the San Joaquin County Superior Court and that this case be closed. (Doc. No. 4.) However, on February 13, 2013, the assigned District Judge signed an order granting the substitution of attorney Joseph S. Fogel in as plaintiffs' counsel. (Doc. No. 7.) Then, on February 15, 2013, in 2:13-cv-0082 GEB JFM plaintiffs' counsel filed a notice of motion to relate and consolidate this case with that earlier filed action. (Doc. No. 8.) Finally, on February 18, 2013, plaintiffs' counsel filed objections to the February

1  5, 2013 findings and recommendations, requesting that the court defer its decision with respect to
2  those findings and recommendations until plaintiffs' motion to relate and consolidate filed in
3  2:13-cv-0082 GEB JFM could be decided. (Doc. No. 9.)

4  Because plaintiffs are now represented by counsel and are no longer proceeding
5  pro se, Local Rule 302(c)(21) no longer applies and the case will be referred back to the assigned
6  District Judge. Therefore, all pretrial motions, other than discovery motions, should now be
7  noticed for hearing before the District Judge assigned to this action. The assigned magistrate
8  judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20). Moreover, in
9  light of the pending motion to relate and consolidate in this case and the earlier filed case 2:13-
10 cv-0082 GEB JFM , and the fact that this matter is being referred back to the assigned District
11 Judge, the undersigned will vacate the February 5, 2013 findings and recommendations.

12  Accordingly, IT IS HEREBY ORDERED that:

13  1. The February 5, 2013 findings and recommendations (Doc. No. 4) are vacated;

14  2. This matter is referred back to the District Judge assigned to this action;

15  3. All dates pending before the undersigned are vacated; and

16  4. Henceforth the caption on documents filed in this action shall be
17 No. 2:13-cv-0086 WBS DAD with the "PS" designation being eliminated.[1]

18  IT IS SO ORDERED.

19  DATED: February 19, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

24  DAD:6
    Ddad1\orders.pro se\ennes0086.referback

---

26  [1] As opposed to the prior caption, No. 2:13-cv-0086 WBS DAD PS.

2